# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:20-cr-10050 |
| | ) |
| **KRISTIE GUTGSELL,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of James G. Thomas of the law firm of Neal & Harwell, PLC as counsel on behalf of Defendant Kristie Gutgsell.  Counsel requests that all papers in this action be served upon him at the address set forth below.

Respectfully submitted,

**NEAL & HARWELL, PLC**


By: s/ James G. Thomas
    James G. Thomas, #7028
1201 Demonbreun Street, Ste. 1000
Nashville, TN  37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
jthomas@nealharwell.com

*Counsel for Defendant Kristie Gutgsell*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on the following counsel of record via the court's electronic filing system, this 23rd day of September, 2020.

    Katherine Payerle
    Assistant Deputy Chief
    Trial Attorney, Health Care Fraud Unit
    Fraud Section, Criminal Division
    U. S. Department of Justice
    1400 New York Avenue, NW, 8th Floor
    Washington, D.C.  20005

                                                s/ James G. Thomas