# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Criminal No. 1:20-cr-10050-JDB |
| KRISTIE GUTGSELL § | |
| § | |
| Defendants. § | |

## UNITED STATES' REQUEST TO APPEAR REMOTELY

The United States of America, by and through its undersigned counsel, hereby files this Request to Appear Remotely, and shows the Court as follows:

1. On or about September 16, 2020, the Defendant was charged by Bill of Information in the present matter.

2. The Defendant made her initial appearance remotely on or about September 28, 2020.

3. However, the Defendant asked to conduct her change of plea hearing in person. Shortly thereafter, the Court set an in-person hearing for a change of plea to be held on November 18, 2020.

4. Counsel for the government lives and works in the District of Columbia. Due to a mayoral order, travel for the hearing may require the undersigned to quarantine or otherwise limit contacts upon return to the District of Columbia for a period of up to 14 days.

5. Therefore, the undersigned respectfully requests that the Court permit counsel for the government to appear via VTC, Zoom, or other remote connection.

6. The undersigned has consulted with counsel for the defendant, who has no objection.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY


By:     /s/ Katherine Payerle
    Katherine Payerle
    Assistant Chief
    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Ave. NW
    Washington, DC 20005
    (202) 341-4227
    Katherine.Payerle@usdoj.gov